839 A.2d 174

**In the Matter of Jeffrey Harris FRANKEL**
**Petition for Reinstatement.**

**No. 93 DB 1995.**

Supreme Court of Pennsylvania.

Oct. 24, 2003.

*ORDER*

PER CURIAM.

AND NOW, this 24th day of October, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated August 11, 2003, the Petition for Reinstatement is DENIED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.